## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

CRAIG STEVEN HOLSEY

      Plaintiff/Petitioner,

v.

PEGGY CHESTER,
GEORGETTE CUTLIFF, AND
ANGELA WHITAKER,

      Defendants/Respondents.

CIVIL ACTION
FILE NO. 1:04-CV-92-1 (WLS)

### DEFENDANTS PEGGY CHESTER's, GEORGETTE
### CUTLIFF's, AND ANGELA WHITAKER's
### MOTION TO DISMISS

COMES NOW, Peggy Chester, Georgette Cutliff, and Angela Whitaker, Defendants in the above-styled case and serves this, their Motion to Dismiss showing the Court as follows:

Plaintiff's action should be dismissed pursuant to Fed. R. Civ. Pro. 41(b), as Plaintiff has failed to comply with the Federal Rules and Court Order by failing to keep the parties apprised of his current address, thereby making prosecution of this case an impossibility. It is shown that these Defendants are entitled to judgment as a matter of law.

In support of the instant Motion, Defendants rely upon the following:

(1) Brief in Support of Defendant's Motion to Dismiss; and

(2) Envelope from pleadings sent to Plaintiff, which was returned, attached hereto as attachments "1" to the Friduss Affidavit, attached hereto as Exhibit "A".

**WHEREFORE**, Defendants respectfully request that this Court inquire into and grant their Motion to Dismiss.

Respectfully submitted this 10th day of May, 2005.

HALL, BOOTH, SMITH & SLOVER, P.C.

1180 W. Peachtree Street
Atlantic Center Plaza, Suite 900
Atlanta, GA  30309-3479
404.954.5000

PHILLIP E. FRIDUSS, ESQ.
Georgia Bar No. 277220
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

CRAIG STEVEN HOLSEY

      Plaintiff/Petitioner,

v.

PEGGY CHESTER,
GEORGETTE CUTLIFF, AND
ANGELA WHITAKER,

      Defendants/Respondents.

CIVIL ACTION
FILE NO. 1:04-CV-92-1 (WLS)

## AFFIDAVIT OF PHILLIP E. FRIDUSS

PERSONALLY appeared before me, the undersigned attesting officer, duly authorized by law to administer oaths, PHILLIP E. FRIDUSS, who, upon being duly sworn, testifies, deposes, and states as follows:

1.

My name is PHILLIP E. FRIDUSS. I am over the age of twenty-one and make this affidavit of my own personal knowledge and experience.

2.

I am the attorney for Defendants Peggy Chester, Georgette Cutliff, and Angela Whitaker.

3.

Counsel for these Defendants has made good faith attempt to serve its Answer and Affirmative Defenses of Defendants Peggy

Chester, Georgette Cutliff, and Angela Whitaker by Regular U.S. Mail, and that it has been returned, a copy of the returned envelope being attached hereto as "Attachment 1."

4.

Attempt by counsel to serve Plaintiff with Defendants' Answers and Affirmative Defenses has been unsuccessful.

FURTHER AFFIANT SAYETH NOT.

_____
PHILLIP E. FRIDUSS

Sworn to and subscribed before me this _11th_ day of _May_, 2005.

_____
NOTARY PUBLIC

Notary Public, DeKalb County, Georgia
My Commission Expires March 7, 2007.



NEOPOST                    $0.83
                           APR 12 2005
                           US POSTAGE
                           FIRST CLASS
                           MAILED FROM 30309
                           048J0085001950

H|B|S|S  HALL BOOTH SMITH & SLOVER, P.C.

PHILLIP E. FRIDUSS, ESQ.
1180 West Peachtree Street NW
Atlantic Center Plaza, Suite 900
Atlanta, GA 30309-3479

Craig Steven Holsey, GCD129873
~~Rogers State Prison~~
~~1978 GA Highway 147~~
~~Reidsville, GA 30453~~

Mother

So-c-fi

Sc/and

S/S

Exhibit A
Attachment 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

CRAIG STEVEN HOLSEY

    Plaintiff/Petitioner,

v.

PEGGY CHESTER,
GEORGETTE CUTLIFF, AND
ANGELA WHITAKER,

    Defendants/Respondents.

CIVIL ACTION
FILE NO. 1:04-CV-92-1 (WLS)

**BRIEF IN SUPPORT OF DEFENDANTS PEGGY CHESTER's,**
**GEORGETTE CUTLIFF's, AND ANGELA WHITAKER's**
**MOTION TO DISMISS**

COMES NOW, Peggy Chester, Georgette Cutliff, and Angela Whitaker, Defendants in the above-styled case and serves this, their Brief in Support of their Motion to Dismiss, showing the Court as follows:

Plaintiff's action should be dismissed pursuant to Fed. R. Civ. Pro. 41(b) and for violating this Court's February 7, 2005 Order, as Plaintiff has failed to keep the parties apprized of his current address, and Plaintiff has failed to prosecute the case. Plaintiff has not notified anyone of his location since being released from jail. It is shown that Defendant is entitled to judgment as a matter of law.

Plaintiff's claims should be dismissed for failure to keep the Court and parties apprized of his address and for want of

prosecution. Federal Rule of Civil Procedure 41 (b). That Rule states that for "failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant." Fed. R. Civ. P. 41 (b). This Court's February 7, 2005 Order specifically required Plaintiff to keep the Court and Parties informed of his current address under penalty of dismissal.

All pleadings Defendants have attempted to serve Plaintiff have been returned unclaimed. (See Envelope, attached as Attachment "1" to Friduss Affidavit (Exhibit "A").) Plaintiff's last known address is at Rogers State Prison. That facility now returns his mail to sender, stamped "paroled 4-7-05." (See Id.) It is clear that Plaintiff has abandoned this lawsuit, failed to keep Defendants and this Court apprized of his current address, and has not notified anyone of his location since being released from jail. Defendants ask that this Court dismiss Plaintiff's Complaint.

**WHEREFORE**, Defendants respectfully requests that this Court inquire into and grant their Motion to Dismiss.

Respectfully submitted this 11th day of May, 2005.

HALL, BOOTH, SMITH & SLOVER, P.C.

1180 W. Peachtree Street
Atlantic Center Plaza, Suite 900
Atlanta, GA  30309-3479
404.954.5000

PHILLIP E. FRIDUSS, ESQ.
Georgia Bar No. 277220
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have sent copies of the foregoing **Defendants Peggy Chester's, Georgette Cutliff's, and Angela Whitaker's Motion to Dismiss** and **Brief in Support of Defendants' Motion to Dismiss** this date upon all counsel listed below by electronic means:

> Pro Se Plaintiff Craig Steven Holsey
> GCD129873
> Rogers State Prison
> 1978 GA Highway 147
> Reidsville, GA  30453

Respectfully submitted this 11th day of May, 2005.

HALL, BOOTH, SMITH & SLOVER, P.C.

1180 W. Peachtree Street
Atlantic Center Plaza, Suite 900
Atlanta, GA  30309-3479
404.954.5000

PHILLIP E. FRIDUSS, ESQ.
Georgia Bar No. 277220
Attorney for Defendants