**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY GEORGIA**

| | |
|---|---|
| CRAIG STEVEN HOLSEY, : | |
|     Plaintiff : | |
| v. : | 1:04-CV-92 (WLS) |
| PEGGY CHESTER, GEORGETTE CUTLIFF, : and ANGELA WHITAKER, : | |
|     Defendants : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on November 30, 2005. (Doc. 35). It is recommended that Defendant's initial Motion to Dismiss (Doc. 26) be denied inasmuch as Defendants apparently abandoned said motion once Plaintiff provided a current address. It is also recommended that Defendant's Motion to Dismiss for Lack of Prosecution (Doc. 33) be granted. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 35) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion to Dismiss (Doc. 26) is **DENIED**; and Defendant's Motion to Dismiss for Lack of Prosecution (Doc. 33) is **GRANTED**.

**SO ORDERED**, this  27th  day of December, 2005.

                                                       /s/W. Louis Sands
                                                      **W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**